*FILED*

*APR 2 1 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOSE GUZMAN,

                Plaintiff,

    vs.

BEN CURRY, WARDEN,

                Defendant.

CASE NO. 08 2066 SI

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, _____JOSE GUZMAN_____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or              Yes ____ No _X_

10              self employment

11        b.    Income from stocks, bonds,          Yes ____ No _X_

12              or royalties?

13        c.    Rent payments?                      Yes ____ No _X_

14        d.    Pensions, annuities, or             Yes ____ No _X_

15              life insurance payments?

16        e.    Federal or State welfare payments,  Yes ____ No _X_

17              Social Security or other govern-

18              ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.    Are you married?                        Yes ____ No _X_

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2               support and indicate how much you contribute toward their support.  (NOTE:

3               For minor children, list only their initials and ages.  DO NOT INCLUDE

4               THEIR NAMES.).

5  _____

6  _____

7  5.     Do you own or are you buying a home?      Yes ____ No _X_

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.     Do you own an automobile?         Yes ____ No _X_

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.     Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash?  Yes ____ No _X_  Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No _X_

20  _____

21  8.     What are your monthly expenses?     N/A

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

25  Name of Account      Monthly Payment      Total Owed on This Acct.

26  _____ $_____ $_____

27  _____ $_____ $_____

28  _____ $_____ $_____ 9.  Do

1   you have any other debts? (List current obligations, indicating amounts and to whom they are

2   payable. Do not include account numbers.)

3   _____

4

5   10.   Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No _x_

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10   _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12   the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14   understand that a false statement herein may result in the dismissal of my claims.

15

16   _4/1/08_           _Joe Sugman_

17   DATE                 SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                                   **Case Number:** _____
3
4
5
6
7
8
9                          **CERTIFICATE OF FUNDS**
10                                      **IN**
11                       **PRISONER'S ACCOUNT**
12
13         I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ J O S E   G U Z M A N _____ for the last six months
15   at      C O R R E C T I O N A L   T R A I N I N G   F A C I L I T Y - S O L E D A D
16                                              [prisoner name]
17   _____ CTF- Soledad _____ where (s)he is confined.
18              [name of institution]
19         I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ _61.67_ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ _439.71_.
22
23   Dated: _4/16/08_                       _Yolanda Cheng_
24                                        [Authorized officer of the institution]
25                                              Acct / Specialist
26   Correctional Training Facility        THE WITHIN INSTRUMENT IS A CORRECT
     P. O. Box G-6                         COPY OF THE TRUST ACCOUNT MAINTAINED
27   (5 Miles N of Soledad on US 101)      BY THIS OFFICE.
     Soledad, California  93960            ATTEST: 4/16/08
28   ATTN: Trust office                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                           BY Yolanda Cheng
                                              Acct / Specialist
                          - 5 -

REPORT ID: TS3030  .701

REPORT DATE: 04/16/08
PAGE NO:      1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 17, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER : E53800                    BED/CELL NUMBER: CFFWT2000000205L
ACCOUNT NAME   : GUZMAN, JOSE                 ACCOUNT TYPE:  I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/17/2007 | | BEGINNING BALANCE | | | | | 316.17 |
| 12/04 | D300 | CASH DEPOSIT | 1761 74632 | | 200.00 | | 516.17 |
| 12/12 | W450 | DONATION-VETE | 1843 PLAZA | | | 26.40 | 489.77 |
| 12/18 | D300 | CASH DEPOSIT | 1916 68951 | | 100.00 | | 589.77 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/03 | D300 | CASH DEPOSIT | 2033 68871 | | 20.00 | | 609.77 |
| 01/15 | W415 | CASH WITHDRAW | 2212 JAN08 | 203437434 | | 300.00 | 309.77 |
| 02/13 | D300 | CASH DEPOSIT | 2599 8733 | | 200.00 | | 509.77 |
| 03/10 | FC01 | DRAW-FAC 1 | 2932 ML | | | 40.00 | 469.77 |
| 04/07 | FC01 | DRAW-FAC 1 | 3214 ML | | | 40.00 | 429.77 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 316.17 | 520.00 | 406.40 | 429.77 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
429.77
-------------

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California  93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE
Acct. I Specialist



JOSE GUZMAN E53800
P.O. BOX 689  FW-205L
SOLEDAD, CA 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

LEGAL
MAIL