FILED
08 APR 30 PM 4:32

☐ COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE GUZMAN,

          Plaintiff,

vs.

BEN CURRY, WARDEN,

          Defendant.

CASE NO. 008-2006SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ___JOSE GUZMAN___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

COP

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

|   |    |                                 |              |
|---|----|---------------------------------|--------------|
| 9 | a. | Business, Profession or         | Yes ___ No _X_ |
| 10|    | self employment                 |              |
| 11| b. | Income from stocks, bonds,      | Yes ___ No _X_ |
| 12|    | or royalties?                   |              |
| 13| c. | Rent payments?                  | Yes ___ No _X_ |
| 14| d. | Pensions, annuities, or         | Yes ___ No _X_ |
| 15|    | life insurance payments?        |              |
| 16| e. | Federal or State welfare payments, | Yes ___ No _X_ |
| 17|    | Social Security or other govern- |              |
| 18|    | ment source?                    |              |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.      Are you married?                                    Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.      List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  _____

6  _____

7  5.  Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_

20 _____

21 8.  What are your monthly expenses?   N/A
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:

25 Name of Account        Monthly Payment              Total Owed on This Acct.
26 _____             $_____                  $_____
27 _____             $_____                  $_____
28 _____             $_____                  $_____ 9.  Do

COPY

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _x_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __4/1/08__                    _Joel Guzman_____
17     DATE                           SIGNATURE OF APPLICANT

COPY

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___JOSE GUZMAN___ for the last six months at ___CORRECTIONAL TRAINING FACILITY-SOLEDAD___

[prisoner name]

___CTF-Soledad___ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __61.67__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__439.71__.

Dated: 4/16/08         _Yolanda Chang_
                        [Authorized officer of the institution]
                        Acct / Specialist

Correctional Training Facility
P. O. Box 686
(8 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

I CERTIFY THE ABOVE IS CORRECT OF THE TRUST ACCOUNT MAINTAINED IN THIS OFFICE
4/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
_Yolanda Chang_
Acct / Specialist

- 5 -

COPY

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 04/16/08
                                                                             PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 17, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER  : E53800                      BED/CELL NUMBER: CFFWT200000205L
ACCOUNT NAME    : GUZMAN, JOSE                ACCOUNT TYPE:    I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION      COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------      -------   ---------   --------   -----------   -------
11/17/2007    BEGINNING BALANCE                                                 316.17

12/04  D300  CASH DEPOSIT    1761 74632              200.00                    516.17
12/12  W450  DONATION-VETE   1843 PLAZA                             26.40      489.77
12/18  D300  CASH DEPOSIT    1916 68951              100.00                    589.77
ACTIVITY FOR 2008
01/03  D300  CASH DEPOSIT    2033 68871               20.00                    609.77
01/15  W415  CASH WITHDRAW   2212 JAN08  203437434                 300.00      309.77
02/13  D300  CASH DEPOSIT    2599 8733               200.00                    509.77
03/10  FC01  DRAW-FAC 1      2932 ML                                40.00      469.77
04/07  FC01  DRAW-FAC 1      3214 ML                                40.00      429.77

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT    HOLDS       TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
---------      --------     -----------   -------    -------     ------------
  316.17        520.00        406.40       429.77      0.00          0.00

                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   ---------
                                                     429.77
                                                   =========
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 4/16/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        Acct. 1 Specialist

# Memorandum

Date : April 22, 2008

To : United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Subject : **JOSE GUZMAN**

The application for Mr. Guzman's request for In Forma Pauperis was forwarded separately to your office on April 17, 2008. Attached you will find a check for $5.00 for the filing fee, as well as copies of the application.

Thanking you in advance, if you have any questions feel free to contact our office. (831) 678 – 3951 ext. 4529.

*Yolanda Chavez*
Yolanda Chavez
Accountant I Specialist

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960

34102+3661

U.S. District Court
North District of California
400 Golden Gate Ave.
San Francisco CA 94102



US POSTAGE $00.58°
MAILED FROM ZIPCODE 93960
APR 29 2008
0004253462
PITNEY BOWES