```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018673
Cashier ID: almaceh
Transaction Date: 04/30/2008
Payer Name: Philip Angelides, Treasurer
--------------------------------
WRIT OF HABEAS CORPUS
 For: J GUZMAN
 Case/Party: D-CAN-3-08-CV-002066-001
 Amount:       $5.00
--------------------------------
CHECK
 Check/Money Order Num: 439152
 Amt Tendered:  $5.00
--------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

SI
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.